# Site Accessibility Evaluation

## Americans with Disabilities Act
## And
## Title 24 And Part 2 - California Building Code



**Der Wienerschnitzel**

**1951 Harbor Blvd
Costa Mesa, CA 92626**

CASp Evaluation

*Inspection Date: 10/22/2019
Inspector: Craig Lobnow*

**Prepared By**



**(833) 776 - 2277**
ProCASp.com

Powered by BlueDAG

Harry Daglas
513 Euclid St
Santa Monica, CA, 90402
10/23/2019

Dear Mr. Daglas,

Thank you for the opportunity to be of service to you by performing an accessibility evaluation for the Der Wienerschnitzel located at 1951 Harbor Blvd, Costa Mesa, CA, 92626. The facility was inspected on 10/22/2019. At the time of inspection, the property was found to be in compliance with applicable state and federal accessibility requirements.

The ADA applies to this property because it is a public accommodation as defined in the Department of Justice's regulations implementing title III. 28 C.F.R. §36.104. Title III of the ADA requires that, as a place of public accommodation, the property owner is required to remove architectural barriers in existing facilities where such removal is readily achievable. 28 C.F.R. §36.304(a). Title III of the ADA requires that, as a place of public accommodation, the property owner should take measures to provide access to those areas of a place of public accommodation where goods and services are made available to the public. 28 C.F.R. 36.304(c)(2). Title III of the ADA also requires that, as a place of public accommodation, the property owner should take any other measures necessary to provide access to the goods, services, facilities, privileges, advantages, or accommodations of a place of public accommodation. 28 C.F.R. §36.304(c)(4).

Please note that no readily achievable analysis was included as a part this report. In addition, as a complete history of construction including all alterations or additions was not available, this report is based on compliance with the most recent state and federal requirements.

Periodic maintenance to ensure continued accessibility is essential in providing a safe and usable environment. Parking lot markings, signage, door opening pressures, and maintaining clear floor space at doors and other elements and fixtures, available to the public, must be part of an ongoing maintenance schedule.

If you have any questions regarding this report or would like to schedule a meeting with myself, please feel free to contact me.

Sincerely,

Craig Lobnow, CASp #634

## Parking & Exterior

### Finding: 1

The accessible parking has been found to be in substantial compliance with accessibility codes, standards, and regulations in regard to required number of accessible spaces/access aisle provided, dimensions, markings, slope, and signage.

### Citation:

**2016 CBC 11B (7/1/18) Section: 208 and 502**

**2010 ADAS Section: 208 and 502**



**Finding #1 Additional Finding Photos**





**Finding #1 Additional Finding Photos**





**Finding #1 Additional Finding Photos**





**Finding #1 Additional Finding Photos**





**Finding #1 Additional Finding Photos**





**Finding #1 Additional Finding Photos**



## Parking & Exterior

### Finding: 2

**At the time of inspection, there was no restroom made available to the public. With the exception of the door leading into the kitchen, all doors were locked, and there was no signage indicating a restroom existed. Employees stated that there was no restroom available for customers or the general public.**



## Parking & Exterior