JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN CONRAD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JAMES LEE, an individual; HARRY C DAGLAS, an individual; ATHENA N. DAGLAS, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 8:19-cv-01068-JLS-JDE<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1 | After consideration of the Joint Stipulation for Dismissal of the entire action |
| 2 | with Prejudice filed by Plaintiff KEVIN CONRAD ("Plaintiff") and JAMES LEE, |
| 3 | HARRY C DAGLAS, and ATHENA N. DAGLAS ("Defendants"), the Court |
| 4 | hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above- |
| 5 | entitled action, in its entirety. Each party shall bear his or its own costs and |
| 6 | attorneys' fees. |
| 7 | IT IS SO ORDERED. |
| 8 | |
| 9 | DATED: December 6, 2019 |
| 10 | |
| 11 | HON. JOSEPHINE L. STATON |
| | UNITED STATES DISTRICT JUDGE |